**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| ROSCOE CHAMBERS, ) | |
|     ID # 13495-030, ) | |
|         Plaintiff, ) | |
| vs. ) | No. 3:18-CV-0820-D |
| ) | |
| JOSE A. SANTANA, ) | |
| Chief Designator for BOP, ) | |
|         Defendant. ) | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted.

For the reasons stated in the findings, conclusions, and recommendation of the United States Magistrate Judge, plaintiff's motion to proceed in forma pauperis, filed April 4, 2018, is denied. By separate judgment, this action is summarily dismissed as barred by 28 U.S.C. § 1915(g).

**SO ORDERED**.

May 1, 2018.

                                            _____
                                            SIDNEY A. FITZWATER
                                            UNITED STATES DISTRICT JUDGE