IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROSCOE CHAMBERS, ID # 13495-030, Plaintiff, | ) ) ) | |
| vs. | ) ) | No. 3:18-CV-820-D (BH) |
| JOSE A. SANTANA, Chief Designator for BOP, Defendant. | ) ) ) ) | Referred to U.S. Magistrate Judge |

## RECOMMENDATION REGARDING REQUEST TO PROCEED IN FORMA PAUPERIS ON APPEAL

By *Amended Miscellaneous Order No. 6* (adopted by *Special Order No. 2-59* on May 5, 2005), requests to proceed *in forma pauperis* are automatically referred.

Before the Court is Plaintiffs' *Motion to Proceed on Appeal In Forma Pauperis*, received on September 26, 2018 (doc. 15).

(**X**) The request for leave to proceed *in forma pauperis* on appeal should be DENIED because the Court should certify pursuant to Fed. R. App. P. 24(a)(3) and 28 U.S.C. § 1915(a)(3) that the appeal presents no legal points of arguable merit and is therefore frivolous and is not taken in good faith, and because Plaintiff may not proceed *in forma pauperis* on appeal under 28 U.S.C. § 1915(g) (three-strikes rule).

**If the Court denies the request to proceed *in forma pauperis* on appeal, Plaintiff may challenge the denial pursuant to *Baugh v. Taylor*, 117 F. 3d 197 (5th Cir. 1997), by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of Court, U.S. Court of Appeals for the Fifth Circuit, within thirty days after service of the notice required by Fed. R. App. P. 24(a)(4). *See* Fed. R. App. P. 24(a)(5). Because Plaintiff may not proceed *in forma pauperis* under 28 U.S.C. § 1915(g), no initial partial filing fee is calculated for any such motion to proceed *in forma pauperis* on appeal filed in the Fifth Circuit.**

**SIGNED this 27th day of September, 2018.**

*[signature]*
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE